UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

In re:

HARRY BLUE LTD,

        Debtor.

Chapter 11

Case No. 15-_____ (     )

---------------------------------------------------------------------X

## AFFIDAVIT PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK      )
                                 ) ss:
COUNTY OF NEW YORK   )

I, Eliot Rabin, duly sworn, depose and say:

1.      I am the President of Harry Blue Ltd. ("Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this Affidavit in accordance with the S.D.N.Y. Local Bankruptcy Rules in support of the voluntary petition filed by the Debtor under Chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2.      There is no pending bankruptcy case against the Debtor and this petition is filed as a voluntary Chapter 11 proceeding.

3.      The Debtor operates a women's and men's designing clothing shop at the premises located at 150 East 72nd Street New York, NY 10021. The Debtor was incorporated on February 21, 2014.

4.      The Debtor's books and records are located at 4784 Boston Post Road, B23 Pelham Manor, NY 10803.

5. The Debtor is filing a voluntary emergency petition under Chapter 11 of the Bankruptcy Code due to the debts owed to the land lord. The landlord is attempting to evict the Debtor from the premises located at 150 East 72nd Street New York, NY 10021.

6. I have 100% of the ownership interest as President in the Debtor.

7. A list of the Debtor's top twenty (20) largest unsecured creditors was filed.

8. All required schedules, if not filed with the voluntary petition on the date of filing, will be filed within fourteen (14) days of the date filing the Debtor's voluntary petition, which will provide a list of the Debtor's assets, secured creditors and other information required.

Dated: New York, New York
August 15, 2015

/s/ Eliot Rabin
By:    Eliot Rabin

Sworn to before me this 15th day of
August, 2015

/s/ Lawrence Morrison
Notary Public
State of New York

Lawrence F. Morrison
No. 02MO6059654
Expires 07/28/2019